UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:    Joseph Jones

CHAPTER 13
CASE NO.   16-30424
JUDGE    Opperman

Debtor(s).

_____/

## OBJECTION TO CLAIM OF THE STATE OF MICHIGAN

NOW COMES the Debtor, Joseph Jones, by and through his counsel, Bankruptcy Law Office with George E. Jacobs, and for his Objection states as follows:

1. That the State of Michigan filed a proof of claim on or about July 27,2016, alleging estimated priority tax of $5000 ( Exhibit "B").

2. That the actual amount owed to the State of Michigan is $2900.00 (Exhibit "C").

WHEREFORE, Debtor requests this Honorable Court sustain his Objection to the Claim of the State of Michigan and limit its priority claim to $2900.00 (Exhibit "A").

Respectfully submitted,

BANKRUPTCY LAW OFFICE

Dated:  1/4/17

/s/   *George E. Jacobs*
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com